FILED

APR 2 4 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 1307 BEN |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 18, U.S.C., Sec. 1001 – False Statement to a Federal Officer |
| ANTONIO CALDERA-AGUIRRE, ) aka ANTONIO CALDERA-AGUILAR, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about June 2005, within the Southern District of California, defendant ANTONIO CALDERA-AGUIRRE, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state a false name to a federal officer, whereas in truth and fact, as defendant then and there well knew that statement and representation was false,

//
//
//
//

CEM:es:San Diego
4/17/08

1  fictitious and fraudulent when made; in violation of Title 18, United
2  States Code, Section 1001.
3          DATED: April 24, 2008

4                                          KAREN P. HEWITT
                                           United States Attorney
5
6
7                                          /s/ CALEB E. MASON
                                           Assistant U.S. Attorney