AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

ANTONIO CALDERA-AGUIRRE

CASE NUMBER: 08CR1307-BEN

I, ANTONIO CALDERA-AGUIRRE, the above named defendant, who is accused of

18 USC 1001 False Statement

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/24/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Antonio caldera Aguirre
Defendant

Counsel for Defendant

Before _____
Judge

FILED
APR 2 4 2008
CLERK, U.S. DIST. COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd