| | |
|---|---|
| 1 | **DAVID M.C. PETERSON** |
|   | California State Bar No. 254498 |
| 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC. |
|   | 225 Broadway, Suite 900 |
| 3 | San Diego, California  92101-5008 |
|   | Telephone:  (619) 234-8467 |
| 4 | E-mail: david_peterson@fd.org |

Attorneys for Mr. Caldera-Aguirre

## UNITED STATES MAGISTRATE COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE ANTHONY J. BATTAGLIA)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1307-BEN |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **JOINT MOTION TO CONTINUE CHANGE OF** |
| v. | ) | **PLEA HEARING** |
|  | ) |  |
| ANTONIO CALDERA-AGUIRRE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY;
    CALEB MASON, ASSISTANT UNITED STATES ATTORNEY

IT IS HEREBY REQUESTED by the parties in the case, the defendant, Antonio Caldera-Aguirre, by and through his counsel, David M.C. Peterson, Esq., Federal Defenders of San Diego, Inc., and United States of America by Caleb Mason, Assistant United States Attorney, that the change of plea hearing in the above entitled case scheduled for Tuesday, May 6, 2008 at 1:30 p.m., be continued to Tuesday, May 20, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard.  Undersigned defense counsel called the court's judicial assistant to obtain the new motion hearing date. A proposed order with respect to this joint motion is being submitted directly to the court via efile_battaglia@casd.uscourts.gov.

Respectfully submitted,

Dated: April 30, 2008
 */s/ David M.C. Peterson*
**DAVID M.C. PETERSON**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Haynes

Dated: April 30, 2008
 */s/ Caleb Mason*
**CALEB MASON,** Assistant U.S. Attorney

08crCR1307-BEN

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: April 30, 2008         /s/ DAVID M. PETERSON
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Mr. Caldera-Aguirre
                              225 Broadway, Suite 900
                              San Diego, California 92101
                              Telephone: (619) 234.8467
                              Email: david_peterson@fd.org