UNITED STATES MAGISTRATE COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1307-BEN |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING JOINT |
| ANTONIO CALDERA-AGUIRRE, | ) | MOTION TO CONTINUE CHANGE OF PLEA HEARING |
| Defendant. | ) | |

O R D E R

**IT IS HEREBY ORDERED,** GOOD CAUSE APPEARING, that the date for the change of plea hearing in the above-entitled case be continued from Tuesday, May 6, 2008 at 3:00 p.m., be continued to Tuesday, ***May 20, 2008 at 3:00 p.m.***  Time is excluded under the Speedy Trial Act from May 6, 2008 to the next hearing date of May 20, 2008.

**SO ORDERED.**

DATED:  April 30, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28