```
 1  KAREN P. HEWITT
    United States Attorney
 2  GEORGE MANAHAN
    Assistant U.S. Attorney
 3  California State Bar No. 239130
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: 619 557-7174
    Email: george.manahan@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

| | |
|---|---|
| 8 | UNITED STATES DISTRICT COURT |
| 9 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1307BEN |
| 11 | Plaintiff, | ) |
| | | ) NOTICE OF APPEARANCE |
| 12 | v. | ) |
| 13 | ANTONIO CALDERA-AGUIRRE, | ) |
| | aka ANTONIO CALDERA-AGUILAR | ) |
| 14 | | ) |
| | Defendant. | ) |
| 15 | | ) |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

17  I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

19  The following government attorneys (who are admitted to practice in this court or authorized to

20  practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for

21  CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

22  Name (If none, enter "None" below)

23      None

24  Effective this date, the following attorneys are no longer associated with this case and should not

25  receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.

26  Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

27  Name (If none, enter "None" below)

28      None

1   Please feel free to call me if you have any questions about this notice.

2   DATED: August 28, 2008.

3                       KAREN P. HEWITT
                    United States Attorney

                    <u>s/George Manahan</u>
                    GEORGE MANAHAN
                    Assistant U.S. Attorney

28  Notice of Appearance
United States v. ANTONIO CALDERA-AGUIRRE           08CR1307BEN