1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-cr-1307-BEN |
|---|---|---|
| Plaintiff, | ) ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) | |
| ANTONIO CALDERA-AGUIRRE aka ANTONIO CALDERA-AGUILAR, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

    I, George V. Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated August 28, 2008 (docket # 22), and this Certificate of Service, dated September 2, 2008, on the following party or parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System,

/ / /
/ / /
/ / /
/ / /
/ / /

08-cr-1307

which electronically notifies:

        David M.C. Peterson
        Federal Defenders of San Diego
        225 Broadway
        Suite 900
        San Diego, CA 92101-5030
        Email: david_peterson@fd.org
        Attorney for the Defendant

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on September 2, 2008.

                                                  s/George V. Manahan
                                                  GEORGE V. MANAHAN
                                                  Assistant U.S. Attorney

08-cr-1307